UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNVON FULGHAM #251132,

    Plaintiff,

v.

    File no: 2:07-CV-88

    HON. ROBERT HOLMES BELL

KEITH SNYDER,

    Defendant.
    _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant's motion for summary judgment (docket #8) is granted and plaintiff's complaint is hereby **DISMISSED**.


Date:   March 21, 2008          /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         CHIEF UNITED STATES DISTRICT JUDGE